UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ALISA SHUMAN, | Civil No.   07-cv-1028-POR |
|---|---|
| Plaintiff, | **ORDER ON JOINT MOTION FOR DISMISSAL** |
| v. | |
| ZABY'S, LP; DOES 1 THROUGH 10, Inclusive, | |
| Defendants. | |

 On September 18, 2007, the parties in this action jointly filed a motion for dismissal of the case.  IT IS HEREBY ORDERED that the Complaint in Case No. 07-CV-1028-POR is dismissed in its entirety and with prejudice.  The Parties shall each bear its, his or her own costs and fees, except as otherwise set forth in the Settlement Agreement, which is incorporated herein by reference.

 By Order of the Honorable Irma E. Gonzalez dated October 2, 2007, Magistrate Judge Louisa S. Porter shall retain jurisdiction over all further proceedings in this matter including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement.

 IT IS SO ORDERED.

DATED: October 5, 2007

_____
LOUISA S PORTER
United States Magistrate Judge